**Terry Eugene WOODS, Petitioner–Appellant,**

v.

**Warden ZYCH; Jane Doe; John Doe; United States of America, Respondents–Appellees.**

No. 12–7497.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: Feb. 28, 2013.

Terry Eugene Woods, Appellant Pro Se.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Eugene Woods, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition, and its subsequent orders denying his motions to amend the judgment and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Woods v. Zych*, No. 7:12–cv–00033–SGW–RSB (W.D.Va. Jan. 27, Mar. 30, Aug. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*